MINUTE ENTRY
VANCE, J.
JULY 15, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE** |
| **VERSUS** | **NO. 23-176** |
| **TIFFANY TURNER  (BOND)** | **SECTION: R** |

**CASE MANAGER: CHERICE SUER**
**COURT REPORTER: SAMMANTHA MORGAN**
**LAW CLERK: CAROLINE KORNDORFFER**

### SENTENCING

APPEARANCES:  TIFFANY TURNER, DEFENDANT
WILLIAM MURPHY DOYLE, COUNSEL FOR
DEFENDANT
MARIA MICHELLE CARBONI, ASSISTANT U.S.
ATTORNEY
DANIELLE ROBINSON, U.S. PROBATION OFFICER

Court begins at 10:29 a.m.
All present and ready.
Defendant present for sentencing as to Count 1 of the Indictment.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Court adjourned at 10:41 a.m.

JS-10: 00:12